**United States District Court**
For the Northern District of California

*E-FILED 1/29/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAS GASPERIN,<br><br>    Plaintiff,<br><br>v.<br><br>FURNITURE & MATTRESS SUPERSTORE,<br><br>    Defendant.<br>_____/ | NO. C 08-04477  RS<br><br>**ORDER TO SHOW CAUSE**<br>**RE: DISMISSAL** |

The above-named matter came on regularly for a case management conference hearing before the Honorable Richard Seeborg in Courtroom 4 on January 28, 2009 at 2:30 p.m.  No appearance was made by Plaintiff.  The Court hereby issues this ORDER TO SHOW CAUSE to be heard on March 4, 2009 at 9:30 a.m.  If plaintiff does not file a response to the ORDER TO SHOW CAUSE by February 25, 2009, demonstrating why the case should not be dismissed, the Court will dismiss the action without prejudice, pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

Dated:  January 29, 2009

/s/ Richard Seeborg
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Adam Wang    waqw@sbcglobal.net

Dated:         1/29/09

                                                  /s/ BAK
                                        Chambers of Magistrate Judge Richard Seeborg

2