***E-FILED 2/26/09*￼**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAS GASPERIN, | NO. C 08-04477 RS |
| Plaintiff, | **ORDER DISCHARGING OSC AND SETTING CASE MANAGEMENT CONFERENCE** |
| v. | |
| FURNITURE & MATTRESS SUPERSTORE, | |
| Defendant. | |

On January 29, 2009 this court issued an Order to Show Cause directing plaintiff to file a response no later than February 25, 2009 demonstrating why this case should not be dismissed for failure to prosecute. Plaintiff filed his response on February 25, 2009. Good cause appearing, the Court orders as follows:

1.  A case management conference will be held on **March 25, 2009 at 2:30 p.m.** All parties shall make a determination regarding the issue of consent to the jurisdiction of the Magistrate Judge and file the appropriate form no later than **March 18, 2009**. No later than **March 18, 2009**, the parties shall file a joint case management conference statement.

2. The order to show cause is discharged.

IT IS SO ORDERED.

Dated: February 26, 2009

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Adam Wang    adamqwang@gmail.com, alpedersen@gmail.com

Jenifer Karen Gardella    gardellalaw@mindspring.com

Dated:        2/26/09

/s/ BAK
Chambers of Magistrate Judge Richard Seeborg