```
1  JENIFER K. GARDELLA
   GARDELLA & GARDELLA
2  399 Bradford Street, Suite 102
   Redwood City, CA   94063                    *E-Filed 9/27/09*
3  (650) 364-7767
   Fax No.:  (650) 364-2016
4  Gardellalaw@mindspring.com
   SB #139672
5
   Attorneys for Defendant, FURNITURE
6  AND MATTRESS SUPERSTORE

7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

11  ISAIAS GASPERIN,              )    Case No.:  C08-04477 RS
                                  )
12          Plaintiff,             )    STIPULATION FOR CONTINUANCE
                                  )    AND ORDER THEREON
13          v.                     )
                                  )
14  FURNITURE AND MATTRESS        )
    SUPERSTORE and DOES 1-10,     )
15                                )
            Defendants.            )
16  _____)
```

17  The parties stipulate by their respective counsel that the hearing on Plaintiff's Motion for

18  Leave to File First Amended Complaint, now scheduled for October 2, 2009, be continued to

19  **October 7, 2009** at 9:30 a.m.

20  Dated:   September 22, 2009.

21                                          /s/Adam Pedersen_____
                                            ADAM PEDERSEN
22                                          Attorney for Plaintiff, ISAIAS GASPERIN

23  Dated:   September 23, 2009.

24                                          /s/ Jenifer K. Gardella_____
                                            JENIFER K. GARDELLA
25                                          Attorney for Defendant, FURNITURE AND
                                             MATTRESS SUPERSTORE
26

27

28

STIPULATION FOR CONTINUANCE AND ORDER THEREON                                        Page 1

1
2
3
4
5
6
7

**ORDER**

The foregoing stipulation is hereby approved. The hearing on Plaintiff's Motion for Leave to File First Amended Complaint is hereby continued to October 7, 2009 at 9:30 a.m.

Dated: September __27__, 2009.

_____
HON. RICHARD SEEBORG
United States Magistrate Judge

STIPULATION FOR CONTINUANCE AND ORDER THEREON                                              Page 2