*E-Filed 11/30/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ISAIAS GASPERIN,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>FURNITURE AND MATTRESS SUPERSTORE,<br><br>　　　　　Defendants.<br>_____/ | No. C 08-04477 RS<br><br>**ORDER SHORTENING TIME** |

Good cause appearing, it is hereby ordered that the motion to withdraw filed by Counsel Jenifer K. Gardella [Dkt. No 53] shall be heard on December 16, 2009, at 9:30 a.m. in Courtroom 4 of the Court, located at 280 South First Street, San Jose, CA 95113. Any opposition to the motion must be filed no later than December 11, 2009.

IT IS SO ORDERED.

Dated: 11/30/09

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　RICHARD SEEBORG
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1

No. C 08-04477 RS
ORDER

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED\* TO:**

Adam Wang     adamqwang@gmail.com, alpedersen@gmail.com, rosilenda@gmail.com

Adam Lee Pedersen     alpedersen@gmail.com

Jenifer Karen Gardella     gardellalaw@mindspring.com

**AND HARD COPIES OF THIS ORDER WERE MAILED TO:**

Don Bui
5050 Mission Street
San Francisco, California 94112

DSB Furnishing Decor, Inc.
5050 Mission Street
San Francisco, California 94112

Steve Bui
5050 Mission Street
San Francisco, California 94112

DATED:   November 30, 2009

/s/ Chambers Staff

Chambers of Magistrate Judge Richard Seeborg

\* Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

2

**No. C  08-04477 RS**
ORDER