*E-Filed 12/14/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ISAIAS GASPERIN,<br><br>　　　　Plaintiff,<br>　v.<br><br>FURNITURE AND MATTRESS SUPERSTORE,<br><br>　　　　Defendants.<br>_____/ | **No. C  08-04477 RS**<br><br>**ORDER GRANTING MOTION TO WITDRAW** |

Pursuant to Civil Local Rule 7-1(b), the motion of counsel Jenifer K. Gardella to be relieved as attorney for Defendants will be submitted without oral argument. On proof made to the satisfaction of the Court, and the Court finding that all notices required by law were provided and that good cause exists for the motion, IT IS HEREBY ORDERED that the motion is GRANTED. Jenifer K. Gardella is relieved from representation as attorney for any party herein.  Jenifer K. Gardella shall continue to accept service on behalf of Defendant DSB FURNISHING DECOR, INC.

until said Defendant retains substitute counsel.  Forthwith, service shall be made on the remaining named Defendants as follows:

To STEVE BUI:
 5050 Mission Street
 San Francisco, CA  94112
 Telephone: 408-464-6369

To DON BUI:
 5050 Mission Street
 San Francisco, CA  94112
 Telephone:  408-768-3239

IT IS SO ORDERED.

Dated: 12/14/09

RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE