IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ISAIAS GASPERIN,<br><br>         Plaintiff,<br>v.<br><br>FURNITURE AND MATTRESS SUPERSTORE, et al.,<br><br>         Defendants.<br>_____/ | No. C 08-04477 RS<br><br>**ORDER VACATING PRIOR ORDER** |

The order entered January 4, 2009 granting plaintiff's motion to compel and denying plaintiff's motion for sanctions is hereby VACATED. The hearing on those motions remains on calendar for January 6, 2010, at 9:30 a.m.

IT IS SO ORDERED.

Dated: 1/5/10

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Adam Wang            adamqwang@gmail.com, rosilenda@gmail.com

Adam Lee Pedersen    alpedersen@gmail.com

Jenifer Gardella     gardellalaw@mindspring.com

**AND A HARD COPY OF THIS ORDER WAS MAILED TO:**

Steve Bui
5050 Mission Street
San Francisco, CA  94112

Don Bui
5050 Mission Street
San Francisco, CA  94112

DATED:   January 5, 2010

/s/ Chambers Staff

Chambers of Judge Richard Seeborg