**\*E-Filed 02/22/2010\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ISAIAS GASPERIN, | No. C 08-04477 RS |
| Plaintiff, | **ORDER** |
| v. | |
| FURNITURE AND MATTRESS SUPERSTORE, et al., | |
| Defendants. | |

All hearings and deadlines in the instant case are vacated. Plaintiff shall file his motion for default judgment before April 30, 2010.

IT IS SO ORDERED.

Dated: 02/22/2010

_____
RICHARD SEEBORG
United States District Judge

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Adam Wang          adamqwang@gmail.com, rosilenda@gmail.com

Adam Lee Pedersen  alpedersen@gmail.com

Jenifer Gardella   gardellalaw@mindspring.com

**AND A HARD COPY OF THIS ORDER WAS MAILED TO:**

Steve Bui
5050 Mission Street
San Francisco, CA  94112

Don Bui
5050 Mission Street
San Francisco, CA  94112

DATED:   February 22, 2010

/s/ Chambers Staff

Chambers of Judge Richard Seeborg