UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ISAIAS GASPERIN,, <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>FURNITURE AND MATTRESS SUPERSTORE, et al., <br><br>　　　　　Defendants. | Case No.: C 08-4477 RS (PVT) <br><br> **ORDER RE DEFENDANT DON BUI'S LETTER FILED 2/23/10** |

　　　　The court is in receipt of Defendant Don Bui's letter which was filed February 23, 2010. The court issues this order to clarify two things. First, District Judge Seeborg remains the presiding judge in this case; the case was referred to Magistrate Judge Trumbull only for discovery and disclosure matters. Second, the court cannot advise a party on how to reconcile a case. However, the court does make available to parties representing themselves a "Handbook for Litigants Without a Lawyer" (aka "*Pro Se* Handbook"), copies of which are available from the clerk's office or the court's website (www.cand.uscourts.gov).

Dated: *2/24/10*

　　　　　　　　　　　　　　　　　　　　　　　/s/ Patricia V. Trumbull
　　　　　　　　　　　　　　　　　　　　　　　PATRICIA V. TRUMBULL
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER, *page 1*

***Counsel automatically notified of this filing via the court's Electronic Case Filing system.***

<u>copies mailed on</u>            to:

Don Bui
313 Middle Road
Belmont, CA 94002

Steve Bui
5050 Mission Street
San Francisco, CA  94112

_____
CORINNE LEW
Courtroom Deputy