*E-Filed 7/14/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ISAIAS GASPERIN,<br><br>    Plaintiff in Propia Persona,<br><br>v.<br><br>DSB FURNISHING DECOR DBA FURNITURE AND MATTRESS SUPERSTORE, DON BUI AND STEVE BUI,<br><br>    Defendants. | Case No. 08-4477 RS<br><br>**ORDER ASSIGNING CASE TO ASSISTED SETTLEMENT CONFERENCE PROGRAM AND APPOINTING SPECIAL SETTLEMENT CONFERENCE COUNSEL** |

    Don Bui and Steve Bui, two unrepresented parties in this case, have applied to participate in the court's Assisted Settlement Conference Program. Based on the Court's review of the unrepresented parties' Declarations in Support of Application for Assignment to the Assisted Settlement Conference Program, the record in this case, and the unrepresented parties' acknowledgment of the limited representation to be provided by Settlement Counsel,

    IT IS HEREBY ORDERED:

    1.    That the case be assigned to the Assisted Settlement Conference Program and a settlement conference shall take place in accordance with the Alternative Dispute Resolution Local Rules of this court;

     2.     Grant Turner
          205 Calado Ave
          Campbell, CA 95008
          Phone: (650) 704-2628
          grantturnerlaw@hotmail.com

is appointed Settlement Counsel.  This appointment shall be pursuant to the terms of the Declarations in Support of Application for Assignment to the Assisted Settlement Conference Program.  This appointment and limited representation shall end upon the completion of the settlement conference and any follow-up activities ordered by the settlement judge.

     Settlement Counsel shall notify the court promptly upon the completion of the settlement conference and any follow-up activities.  The court shall then issue an order relieving the Settlement Counsel from his limited representation of Steve Bui and Don Bui, and;

     3.     The Settlement Conference shall take place no later than **October 15, 2010.**

Dated: 7/13/10

_____
Richard Seeborg
United States District Judge