**\*E-Filed 4/4/11 \***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ISAIAS GASPERIN, | **No. C 08-04477 RS** |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| FURNITURE AND MATTRESS SUPERSTORE, | |
| Defendants. | |

No later than April 21, 2011, plaintiff shall either file a dismissal of this action or a renewed motion for entry of default judgment that addresses the deficiencies of his prior motion for default judgment noted in the order entered June 17, 2010.  In the event plaintiff files neither a dismissal nor a renewed motion for entry of default judgment, he shall appear on April 21, 2011 at 1:30 p.m. and show cause why this matter should not be dismissed, without prejudice, for failure to prosecute.

IT IS SO ORDERED.

Dated: 4/4/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

1

**No. C  08-04477 RS**
ORDER

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER WERE MAILED TO:**

Don Bui
313 Middle Road
Belmont, CA 94002

Steve Bui
313 Middle Road
Belmont, CA 94002

DSB Furnishing Decor, Inc.
5050 Mission Street
San Francisco, California 94112

DATED:   4/4/11

/s/ Chambers Staff

Chambers of District Judge Richard Seeborg

2

**No. C  08-04477 RS**
ORDER